■ THE PEOPLE OF THE STATE OF NEW YORK v JOSEPH SAPIA. —Application in the nature of a writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Murphy, P. J., Sullivan, Ross, Carro and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v MICHAEL HERON.—Application in the nature of a writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Murphy, P. J., Sandler, Sullivan, Asch and Milonas, JJ.